WILBORN LAW OFFICE, P.C.  
TIM WILBORN, Attorney at Law — OSB # 944644  
twilborn@mindspring.com  
P.O. Box 2768  
Oregon City, OR 97045  
Voice: (503) 632-1120  
Fax: (503) 632-1198  
   Attorney for Plaintiff

FILED'10 JAN 11 13:07USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOSHUA ARMSTRONG,**                                                    CV # 09-102-BR

   Plaintiff,

vs.                                                                           ORDER

**COMMISSIONER of Social Security,**

   Defendant.

Attorney fees in the amount of $5,300.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 11th day of January, 2010.

_____  
United States District Judge

Submitted on January 4, 2010 by:

s/ Tim Wilborn, OSB # 944644  
(503) 632-1120  
   Attorney for Plaintiff

ORDER - Page 1